Clarke and another. F. S. Williams, for appellants. G. W. Smith, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re CHADSEY. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) In the matter of Benjamin F. Chadsey. No opinion. Referred to the committee on character to report.

CHALMERS, Respondent, v. LAUBACK. Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Jack D. Chalmers against Thomas E. Lauback. No opinion. Order affirmed, with $10 costs and disbursements.

In re CHANGE OF GRADE COMMISSION. (Supreme Court, Appellate Division, First Department. December 24, 1909.) In the matter of the Change of Grade Commission. With this case has been consolidated in this court cases bearing titles as follows: In re Naughton; In re Brennan; In re Jennings; In re Ward. No opinions. Motions granted. Settle orders on notice.

In re CHAPMAN et al. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) In the matter of the application of Harrison S. Chapman and William T. Bailey for an order revoking and canceling the liquor tax certificate heretofore issued to Alfred Murray, etc. No opinion. Judgment and final order unanimously affirmed, with costs.

CHARLES v. NICKERSON et al. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Elizabeth Charles against Kate Nickerson and others.

PER CURIAM. Order modified, so as to limit the examination to those matters specified in the affidavit of the plaintiff, and designated as first, second, third, and fourth, respectively, and, as so modified, affirmed, without costs, on the authority of Shonts v. Thomas, 116 App. Div. 854, 102 N. Y. Supp. 324, Cherbuliez v. Parsons, 123 App. Div. 814, 108 N. Y. Supp. 321, and Richards v. Whiting, 127 App. Div. 208, 111 N. Y. Supp. 21.

THOMAS, J., taking no part.

CHARLES LEHMAN–CHARLEY, Respondent, v. DE SELDING et al., Appellants. (Supreme Court, Appellate Division, First Department. December 30, 1909.) Action by Charles Lehman-Charley against Herman De Selding and others. W. G. Peckham, for appellants. H. Taylor, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CHARNIACK et al., Respondents, v. RAVITCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Nathan Charniack and another against Joseph Ravitch and another.

No opinion. Judgment and order affirmed, with costs.

CHESNUT, Respondent, v. CHESNUT, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Samuel M. Chesnut against Mabel Chesnut.

PER CURIAM. Interlocutory judgment affirmed, without costs.

CARR, J., not sitting.

CHESNUT, Respondent, v. CHESNUT, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Samuel M. Chesnut against Mabel Chesnut.

PER CURIAM. Order affirmed, without costs.

CARR, J., taking no part.

CHESNUT v. CHESNUT et al. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Samuel M. Chesnut against Mabel Chesnut and another, in which Herbert E. Barnum, corespondent, appeals.

PER CURIAM. Order affirmed, without costs.

CARR, J., taking no part.

CHOATE, Appellant, v. BEEBE, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Rufus M. Choate against George S. Beebe.

PER CURIAM. Order (131 App. Div. 535, 115 N. Y. Supp. 1025) modified, by imposing as a condition of the new trial that the defendant pay to the plaintiff the trial fee and the disbursements on the trial, to be taxed by the clerk, and also $10 motion costs, all to be paid within 10 days after notice of the taxing of the disbursements, and, as so modified, affirmed, without costs of this appeal to either party.

CHURCH v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Mary E. Church against the New York Central & Hudson River Railroad Company. No opinion. Motion granted. Order filed. See, also, 119 N. Y. Supp. 1117.

CITY EQUITY CO., Respondent, v. ELM PARK REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by the City Equity Company against the Elm Park Realty Company and Jacob I. Housman, impleaded with Mary E. Housman, wife of Jacob I. Housman. No opinion. Motion denied, without costs. See, also, 120 N. Y. Supp. 437.

CITY EQUITY CO., Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by the City Equity Company against Minnie E. Jones, Jacob I. Housman